Gordon Z. Novod
Thomas Walsh
GRANT & EISENHOFER P.A.
485 Lexington Avenue, 29th Floor
New York, New York 10017
Tel: 646-722-8523
Fax: 646-722-8501
Email: gnovod@gelaw.com
　　　　twalsh@gelaw.com

*Special Counsel for Plaintiff, Peter Hurwitz,
as Litigation Trustee of the GBG USA Litigation Trust*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br>GBG USA Inc., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 21-11369 (MEW)<br><br>Jointly Administered |
| PETER HURWITZ, AS LITIGATION TRUSTEE OF THE GBG USA LITIGATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>Richard Nixon Darling, Mark Joseph Caldwell, Ronald Ventricelli, Robert K. Smits, Stephen Harry Long, Brandon Carrey, Fung Holdings (1937) Limited, Fung Distribution International Limited, Step Dragon Enterprise Ltd., Golden Step Limited, William Fung Kwon Lun, King Lun Holdings Limited, First Island Developments Limited, Victor Fung Kwok King, Spencer Theodore Fung, HSBC Trustee (C.I.) Limited, Bruce Philip Rockowitz, and Hurricane Millennium Holdings Limited,<br><br>Defendants. | Adversary Proceeding<br><br>Adv. Proc. Case No. 23-01022 (MEW)<br><br>**Re: Adv. D.I. 2** |

## CERTIFICATE OF SERVICE

I, Gordon Z. Novod, hereby certify that, on March 16, 2023, I caused a true and correct

copy of the *Ex Parte Motion of Peter Hurwitz, as the Litigation Trustee of the GBG USA Litigation*

*Trust, Pursuant to 11. U.S.C. §§ 105(a) and 107(b), Bankruptcy Rule 9018, and Local Rule 9018-1 Permitting Peter Hurwitz, as Litigation Trustee of the GBG USA Litigation Trust, to File Under Seal the Unredacted Version of the Complaint and the Exhibits Attached Thereto* [Adv. D.I. 2] to be served upon the following parties in the manner indicated:

| *Via E-mail:*<br><br>Alan Halperin, as Plan Administrator<br>**Halperin Battaglia Benzija, LLP**<br>40 Wall Street - 37th Floor<br>New York, NY 10005<br>ahalperin@halperinlaw.net | *Via E-mail:*<br><br>Madlyn Primoff<br>Timothy Harkness<br>Henry Hutten<br>**Freshfields Bruckhaus Deringer LLP**<br>601 Lexington Ave<br>New York, NY 10022<br>Madlyn.PRIMOFF@freshfields.com<br>timothy.harkness@freshfields.com<br>Henry.HUTTEN@freshfields.com |
|---|---|
| *Via E-mail:*<br><br>Peter Ivanick<br>Ronald Zdrojeski<br>Amy Albanese<br>**Eversheds Sutherland**<br>The Grace Building, 40th Floor<br>1114 Avenue of the Americas<br>New York, NY 10036<br>peterivanick@eversheds-sutherland.com<br>ronzdrojeski@eversheds-sutherland.com<br>amyalbanese@eversheds-sutherland.com | |

                                             */s/ Gordon Z. Novod*
                                             Gordon Z. Novod