Gordon Z. Novod
Thomas Walsh
GRANT & EISENHOFER P.A.
485 Lexington Avenue, 29th Floor
New York, New York 10017
Tel: 646-722-8523
Fax: 646-722-8501
Email: gnovod@gelaw.com
           twalsh@gelaw.com

*Special Counsel for Plaintiff, Peter Hurwitz,*
*as Litigation Trustee of the GBG USA Litigation Trust*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br>GBG USA Inc., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 21-11369 (MEW)<br><br>Jointly Administered |
| PETER HURWITZ, AS LITIGATION TRUSTEE OF THE GBG USA LITIGATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD NIXON DARLING, MARK JOSEPH CALDWELL, RONALD VENTRICELLI, ROBERT K. SMITS, STEPHEN HARRY LONG, BRANDON CARREY, FUNG HOLDINGS (1937) LIMITED, FUNG DISTRIBUTION INTERNATIONAL LIMITED, STEP DRAGON ENTERPRISE LTD., GOLDEN STEP LIMITED, WILLIAM FUNG KWON LUN, KING LUN HOLDINGS LIMITED, FIRST ISLAND DEVELOPMENTS LIMITED, VICTOR FUNG KWOK KING, SPENCER THEODORE FUNG, HSBC TRUSTEE (C.I.) LIMITED, BRUCE PHILIP ROCKOWITZ, AND HURRICANE MILLENNIUM HOLDINGS LIMITED,<br><br>Defendants. | Adversary Proceeding<br><br>Adv. Proc. Case No. 23-01022 (MEW) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE      )
                              ) ss:

COUNTY OF NEW CASTLE   )

I, **WILLIAM JAMES GATTA**, being duly sworn, deposes and says that I am employed by Grant & Eisenhofer P.A., *Special Counsel for Plaintiff, Peter Hurwitz, as Litigation Trustee of the GBG USA Litigation Trust* in the above-captioned adversary proceeding, that I am over 18 years of age, and that I reside in Sewell, New Jersey.

On March 21, 2023, I caused the Complaint filed in the above-captioned adversary proceeding as well as a summons related thereto to be served via First Class U.S. Mail on deponent served on the following Defendants:

Richard Nixon Darling
4770 Grooms Lane
Princeton, KY 42445

Richard Nixon Darling
210 Manor Rd.
Ridgewood, NJ 07450

Mark Joseph Caldwell:
5903 Mary Hall Ct.
Summerfield, NC 27358

Mark Joseph Caldwell:
311 Badin View Dr.
New London, NC 28127-9156

Mark Joseph Caldwell:
707 Little Britain Rd.
New Windsor, NY 12553-6154

Ronald Ventricelli
58 Riviera Drive
Monroe Township, NJ 08831

Ronald Ventricelli
11 Grenoble Ct.
Matawan, NJ 07747

Robert K. Smits
530 East 72nd Street, Apt. 14J
New York, NY 10021

Robert K. Smits
301 East 62nd Street, Apt. 4C
New York, NY 10021

Stephen Harry Long:
c/o SHL Global Advisors
150 East 58th Street, 24th Floor
New York, New York, 10155

Stephen Harry Long:
950 Park Avenue
New York, NY, 10028

Brandon Carrey
2009 Creekmoor Ct.
Greensboro, NC 27455

**WILLIAM JAMES GATTA**

Sworn to before me this
21st day of March 2023

Notary Public

PAMELA MARIE KRAKOWSKI
MY COMMISSION
EXPIRES
JULY 19, 2025
NOTARY PUBLIC
STATE OF DELAWARE