

Peter Hurwitz, as Litigation Trustee of the GBG USA Litigation Trust, et. al.,
Plaintiff(s)
vs.
Darling, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171
CivilActionGroup.com

APS File: 284297-2

**Law Firm Requesting Service:**
GRANT & EISENHOFER
Mr. Gordon Novod
485 Lexington Ave., 29th Floor
New York, NY 10017

# AFFIDAVIT OF SERVICE ON A CORPORATION

Service in a foreign country pursuant to Article 10 of the Hague Service Convention

--Hurricane Millennium Holdings Limited
Court Case No. 21-11369 (MEW); Adv Proc. Case No. 23-01022

**Name of Server:** Earold O'Kieffe, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service:** that on 13-Apr-2023 10:07 am

**Place of Service:** Portcullis Chambers, 4th Floor, Ellen Skelton Building, 3076 Sir Francis Drake Highway, Road Town, Tortola VG1110, British Virgin Isl.

**Documents Served:** the undersigned served the documents described as:
Summary of the Document to be Served, Foreign Summons and Notice of Pretrial Conference in an Adversary Proceeding, Complaint with Exhibit A

**Service of Process on, Person Served, and Method of Service:** A true and correct copy of the aforesaid document(s) was served on:
**Hurricane Millennium Holdings Limited**
By delivering them into the hands of an officer, managing agent, or other person authorized to accept service of process, whose name and title is
**Shaquilla Blaize, Accounts Admin.**

**Foreign Law:** In accordance with the BVI Business Companies Act 2004, Section 101.

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F** ; Skin Color **Brown** ; Hair Color **Brown** ; Facial Hair **N/A**
Approx. Age **28** ; Approx. Height **5'07"** ; Approx. Weight **160 lbs.**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 17 day of April, 2023
31 January 2024 (Commission Expires)

Signature of Server

Notary Public

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122