Peter Hurwitz, as Litigation Trustee of the GBG USA Litigation Trust, et. al.,
Plaintiff(s)
vs.
Darling, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**
CivilActionGroup.com

APS File: 284297-12

**Law Firm Requesting Service:**
**GRANT & EISENHOFER**
Mr. Gordon Novod
485 Lexington Ave., 29th Floor
New York, NY 10017

## AFFIDAVIT OF SERVICE ON A CORPORATION

Service in a foreign country pursuant to Article 10 of the Hague Service Convention

--King Lun Holdings Limited
Court Case No. 21-11369 (MEW); Adv Proc. Case No. 23-01022

| | |
|---|---|
| **Name of Server:** | **Earold O'Kieffe**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action; |
| **Date/Time of Service** | that on 13-Apr-2023 10:25 am |
| **Place of Service:** | Vistra Corporate Services Centre, Wickhams Cay II, Road Town, Tortola VG1110, British Virgin Isl. |
| **Documents Served:** | the undersigned served the documents described as: **Summary of the Document to be Served, Foreign Summons and Notice of Pretrial Conference in an Adversary Proceeding, Complaint with Exhibit A** |
| **Service of Process on, Person Served, and Method of Service:** | A true and correct copy of the aforesaid document(s) was served on: **King Lun Holdings Limited** By delivering them into the hands of an officer, managing agent, or other person authorized to accept service of process, whose name and title is **Helen Walters-Frank, Corporate Manager** |
| **Foreign Law:** | **In accordance with the BVI Business Companies Act 2004, Section 101.** |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows: Sex **F**; Skin Color **Dark Brown**; Hair Color **Brown**; Facial Hair **N/A** Approx. Age **59**; Approx. Height **5'08"**; Approx. Weight **180 lbs.** ☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |

**Signature of Server:**

Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 17th day of April, 2023

Notary Public

31 January 2024
(Commission Expires)

**APS International, Ltd.**
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122


