Peter Hurwitz, as Litigation Trustee of the GBG USA Litigation Trust, et. al.,
Plaintiff(s)
vs.
Darling, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**
CivilActionGroup.com

APS File: 284297-15

# AFFIDAVIT OF SERVICE ON A CORPORATION

Service in a foreign country pursuant to Article 10 of the Hague Service Convention

--Step Dragon Enterprise Ltd.
Court Case No. 21-11369 (MEW); Adv Proc. Case No. 23-01022

**Law Firm Requesting Service:**
GRANT & EISENHOFER
Mr. Gordon Novod
485 Lexington Ave., 29th Floor
New York, NY 10017

| | |
|---|---|
| **Name of Server:** | **Earold O'Kieffe**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action; |
| **Date/Time of Service:** | that on **13-Apr-2023 10:07 am** |
| **Place of Service:** | Portcullius Chambers, 4th Floor, Ellen Skelton Building, 3076 Sir Francis Drake Highway, Road Town, Tortola VG1110, British Virgin Isl. |
| **Documents Served:** | the undersigned served the documents described as: **Summary of the Document to be Served, Foreign Summons and Notice of Pretrial Conference in an Adversary Proceeding, Complaint with Exhibit A** |
| **Service of Process on, Person Served, and Method of Service:** | A true and correct copy of the aforesaid document(s) was served on: **Step Dragon Enterprise Ltd.** By delivering them into the hands of an officer, managing agent, or other person authorized to accept service of process, whose name and title is **Shaquilla Blaize, Accounts Admin.** |
| **Foreign Law:** | **In accordance with the BVI Business Companies Act 2004, Section 101.** |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows: Sex **F** ; Skin Color **Brown** ; Hair Color **Brown** ; Facial Hair **N/A** Approx. Age **28** ; Approx. Height **5'07"** ; Approx. Weight **160 lbs.** ☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Signature of Server_

Subscribed and sworn to before me this 17 day of April, 2023

_Notary Public_

31 January 2024
(Commission Expires)

**APS International, Ltd.**
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122


