Gordon Z. Novod
Thomas Walsh
GRANT & EISENHOFER P.A.
485 Lexington Avenue, 29th Floor
New York, New York 10017
Tel: 646-722-8523
Fax: 646-722-8501
Email: gnovod@gelaw.com
       twalsh@gelaw.com

*Special Counsel for Plaintiff, Peter Hurwitz,
as Litigation Trustee of the GBG USA Litigation Trust*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br>GBG USA Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 21-11369 (MEW)<br><br>Jointly Administered |
| PETER HURWITZ, AS LITIGATION TRUSTEE OF THE GBG USA LITIGATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD NIXON DARLING, MARK JOSEPH CALDWELL, RONALD VENTRICELLI, ROBERT K. SMITS, STEPHEN HARRY LONG, BRANDON CARREY, FUNG HOLDINGS (1937) LIMITED, FUNG DISTRIBUTION INTERNATIONAL LIMITED, STEP DRAGON ENTERPRISE LTD., GOLDEN STEP LIMITED, WILLIAM FUNG KWON LUN, KING LUN HOLDINGS LIMITED, FIRST ISLAND DEVELOPMENTS LIMITED, VICTOR FUNG KWOK KING, SPENCER THEODORE FUNG, HSBC TRUSTEE (C.I.) LIMITED, BRUCE PHILIP | Adversary Proceeding<br><br>Adv. Proc. Case No. 23-01022 (MEW) |

---

[1] The "Debtors" in these chapter 11 cases and the last four digits of each Debtor's federal taxpayer identification number are as follows: GBG USA Inc. (2467), Jimlar Corporation (8380), GBG North America Holdings Co., Inc. (5576), Homestead International Group Ltd. (0549), IDS USA Inc. (7194), MESH LLC (8424), Frye Retail, LLC (1352), Krasnow Enterprises, Inc. (0122), Krasnow Enterprises Ltd. (0001), Pacific Alliance USA, Inc. (0435), GBG Spyder USA LLC (9108), and GBG Sean John LLC (1287). The Debtors' mailing address was GBG USA Inc., P.O. Box 4965, Greensboro, NC 27404.

| |
|---|
| ROCKOWITZ, AND HURRICANE MILLENNIUM HOLDINGS LIMITED, <br><br> Defendants. |

## NOTICE OF PRETRIAL CONFERENCE

**WHEREAS** on March 16, 2023, Peter Hurwitz, as Litigation Trustee of the GBG USA Litigation Trust, filed a complaint (the "Complaint") in the above-referenced adversary proceeding, which contains claims asserted against certain Defendants residing outside the United States;

**WHEREAS** the Clerk of the Court issued a single foreign subpoena for this Adversary Proceeding, which listed that a Pretrial Conference would be held at a date and time "TBD";

**WHEREAS** since the filing of the Complaint, Plaintiff has initiated service of process of certain Defendants located in the British Virgin Islands, Hong Kong, China, and Jersey;

**WHEREAS** affidavits of service have been filed with respect to all Defendants domiciled in the United States of America (*see* Dkt. No. 7), to all Defendants formed under the laws of the British Virgin Islands (*see* Dkt. Nos. 10, 11, 12, 13, 14), and to a Defendant formed under the laws of Jersey (*see* Dkt. No. 15);

**WHEREAS** service of process of those Defendants residing in Hong Kong, China is ongoing and not yet complete;

**NOTICE IS HEREBY GIVEN THAT** a pretrial conference of the proceeding commenced by the filing of the Complaint in this adversary proceeding will be held at the following time and place:

| United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, New York 10004−1408 | Room: Courtroom 617 (MEW)<br>One Bowling Green<br>New York, New York 10004−1408<br><br>Date and Time: August 1, 2023 at 10 am (EDT) |
|---|---|

Dated: June 28, 2023

                **GRANT & EISENHOFER P.A.**

By: /s/ Gordon Z. Novod
Gordon Z. Novod
Thomas Walsh
485 Lexington Avenue, 29th Fl.
New York, New York 10017
Tel: 646-722-8523
Fax: 646-722-8501
Email: gnovod@gelaw.com
       twalsh@gelaw.com

*Special Counsel for Peter Hurwitz as Trustee of the GBG USA Litigation Trust*

3