Gordon Z. Novod
Thomas Walsh
GRANT & EISENHOFER P.A.
485 Lexington Avenue, 29th Floor
New York, New York 10017
Tel: 646-722-8523
Fax: 646-722-8501
Email: gnovod@gelaw.com
       twalsh@gelaw.com

*Special Counsel for Plaintiff, Peter Hurwitz,*
*as Litigation Trustee of the GBG USA Litigation Trust*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br>GBG USA Inc., *et al.*,<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 21-11369 (MEW)<br><br>Jointly Administered |
| PETER HURWITZ, AS LITIGATION TRUSTEE OF THE GBG USA LITIGATION TRUST,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>RICHARD NIXON DARLING, MARK JOSEPH CALDWELL, RONALD VENTRICELLI, ROBERT K. SMITS, STEPHEN HARRY LONG, BRANDON CARREY, FUNG HOLDINGS (1937) LIMITED, FUNG DISTRIBUTION INTERNATIONAL LIMITED, STEP DRAGON ENTERPRISE LTD., GOLDEN STEP LIMITED, WILLIAM FUNG KWON LUN, KING LUN HOLDINGS LIMITED, FIRST ISLAND DEVELOPMENTS LIMITED, VICTOR FUNG KWOK KING, SPENCER THEODORE FUNG, HSBC TRUSTEE (C.I.) LIMITED, BRUCE PHILIP ROCKOWITZ, AND HURRICANE MILLENNIUM HOLDINGS LIMITED,<br><br>　　　　　　　　　　Defendants. | Adversary Proceeding<br><br>Adv. Proc. Case No. 23-01022 (MEW)<br><br>**Re: Adv. D.I. 16** |

**CERTIFICATE OF SERVICE**

I, Gordon Z. Novod, hereby certify that, on June 28, 2023, I caused a true and correct copy of the *Notice of Pretrial Conference* [Adv. D.I. 16] to be served upon the following parties in the manner indicated:

*Via E-mail:*

Julia Winters
Steven Reisman
**Katten Muchin Rosenman LLP**
50 Rockefeller Plaza
New York, New York 10020-1605
jwinters@katten.com
sreisman@katten.com

*Via E-mail:*
Mark G. Hanchet
**Mayer Brown LLP**
1221 Avenue of the Americas
New York, New York 10020-1001
mhanchet@mayerbrown.com

*Via E-mail:*

Madlyn Primoff
Timothy Harkness
Henry Hutten
**Freshfields Bruckhaus Deringer LLP**
601 Lexington Ave
New York, NY 10022
Madlyn.PRIMOFF@freshfields.com
timothy.harkness@freshfields.com
Henry.HUTTEN@freshfields.com

*/s/ Gordon Z. Novod*
Gordon Z. Novod