# EXHIBIT A

# GOLDEN STEP LIMITED
21st Floor, Chubb Tower, Windsor House,
311 Gloucester Road, Causeway Bay, Hong Kong
Tel: 2866 6999    Fax: 2861 5890

2 August 2023

**BY REGISTERED POST**
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408
**Attention: Clerk of the Court**

**BY REGISTERED POST & BY EMAIL (gnovod@gelaw.com / twalsh@gelaw.com)**
Grant & Eisenhofer P.A.
485 Lexington Avenue, 29th Floor
New York, New York 10017
**Attenion: Gordon Z. Novod / Thomas Walsh**

Dear Sirs,

**Case Name:**   Peter Hurwitz, as Litigation Trustee of the GBG USA Litigation Trust v. Darling
**Defendant:**    Golden Step Limited
**Court Case No.: 21-11369 (MEW); Adv Proc. Case No. 23-01022**

We refer to a "Foreign Summons and Notice of Pretrial Conference in an Adversary Proceeding, Complaint with Exhibit A" (the "**US Summons**") relating to the captioned lawsuit issued against, among others, a defendant named "Golden Step Limited" filed in the United States Bankruptcy Court, Southern District of New York.

We received a copy of the US Summons addressing to "Golden Step Limited" by hand on 26 July 2023 (Hong Kong time) and by registered post on 31 July 2023 respectively.  We are writing to inform you that the Plaintiff of the captioned lawsuit has mistakenly sent the US Summons to us for the following reason:

1. We, Golden Step Limited, is a company incorporated in Hong Kong with limited liability (company number: 1447065), with registered office situated at 21st Floor, Chubb Tower, Windsor House, 311 Gloucester Road, Causeway Bay, Hong Kong ("**Golden Step (HK)**").   A copy of the Certificate of

# GOLDEN STEP LIMITED
21st Floor, Chubb Tower, Windsor House,
311 Gloucester Road, Causeway Bay, Hong Kong
Tel: 2866 6999    Fax: 2861 5890

Incorporation of Golden Step (HK) issued by the Registrar of Companies in Hong Kong is enclosed for your reference.

2. Pursuant to paragraph 26 of the US Summons, the "Golden Step Limited" named as defendant therein was an entity beneficially owned by William Fung Kwon Lun ("**William Fung**") and directly or indirectly owned 26,114,400 shares of Global Brands Group Holding Ltd. ("**GBGH**") as of March 6, 2019 and April 4, 2019. However, William Fung has never been a shareholder of our Golden Step (HK), nor has our Golden Step (HK) ever owned any share of GBGH.

3. We note that GBGH was a company previously listed on The Stock Exchange of Hong Kong Limited ("**HKSE**") (stock code: 787). According to our search of disclosure of interest available on the website of HKSE, the "Golden Step Limited" which was owned by William Fung and which owned 26,114,400 shares of GBGH as stated in the US Summons was a company incorporated in Liberia ("**Golden Step (Liberia)**") (please refer to paragraph 20 of the enclosed form of disclosure filed by William Fung on 16 January 2017 relating to his interest in shares of GBGH available at https://di.hkex.com.hk/filing/di/NSForm3A.aspx?fn=200824&sa2=as&sid=50000956&corpn=Global+Brands+Group+Holding+Ltd.&sd=18%2f11%2f2016&ed=25%2f08%2f2017&sa1=cl&scsd=03%2f10%2f2016&sced=03%2f10%2f2017&sc=787&src=MAIN&lang=EN&).

4. Therefore, we trust that the US Summons should have been sent to Golden Step (Liberia) and not to our Golden Step (HK).

We trust that the above shall be self-explanatory. Should you have any further query, you may contact our Mr. Lawrence Kwan by email at lawrencecm.kwan@chineseestates.com or by post to our address in the letterhead above.

Yours faithfully,

For and on behalf of
Golden Step Limited


Lawrence Kwan
Encls.



No. 1447065
編號

# CERTIFICATE OF INCORPORATION
# 公 司 註 冊 證 書

———— * * * ————

**I hereby certify that**
本 人 謹 此 證 明

### GOLDEN STEP LIMITED
### 陞明有限公司

**is this day incorporated in Hong Kong under the Companies Ordinance**
於 本 日 根 據 《 公 司 條 例 》（ 香 港 法 例 第 32 章 ）

**(Chapter 32 of the Laws of Hong Kong) and that this company is limited.**
在 香 港 註 冊 成 為 有 限 公 司 。

**Issued on**   22 April 2010 .
本 證 書 於 二 〇 一 〇 年 四 月 二 十 二 日 發 出 。

*(signature)*

Ms Ada L L CHUNG
***Registrar of Companies***
***Hong Kong***
香港公司註冊處處長鍾麗玲

**Note 註 :**
Registration of a company name with the Companies Registry does not confer any trade mark rights or any other intellectual property rights in respect of the company name or any part thereof.
公司名稱獲公司註冊處註冊，並不表示獲授予該公司名稱或其任何部分的商標權或任何其他知識產權。

# Shareholding Disclosures

## Disclosure of Interests

Explanatory Notes

**FORM 3A - Director's/Chief Executive's Notice - Interests in Shares of Listed Corporation**

| | |
|---|---|
| Form Serial No: | DA20170116000006 |
| 1. Name of listed corporation: | Global Brands Group Holding Ltd. |
| 2. Stock code: | 00787 |
| 3. Class of shares: | Ordinary |
| 4. Number of issued shares in class: | 8,515,827,657 |
| 5. Name of director (English) as printed on HKID/Passport: | (Surname)    Fung<br>(Other names)Kwok Lun, William |
| 8. Name of director (Chinese): | 馮國綸 |
| 9. Chinese Character Code: | 745809484858 |
| 12. Date of relevant event: | 13/01/2017<br>(dd/mm/yyyy) |

13. Date when director became aware of the relevant event/ interest in the shares (if later):

14. Details of relevant event:

| Relevant event code describing circumstances | Code describing capacity in which shares were/are held | | Number of shares bought/sold or involved | Currency of transaction | On Exchange | | Off Exchange | |
|---|---|---|---|---|---|---|---|---|
| | Before relevant event | After relevant event | | | Highest price per share | Average price per share | Average consideration per share | Consideration code |
| Long position    121 | | 201 | 15,000,000 | HKD | 1.030 | 1.007 | | |

15. Total shares in listed corporation immediately before the relevant event:

| | Total number of shares | Percentage figure (%) |
|---|---|---|
| Long Position | 2,673,500,950 | 31.39 |

16. Total shares in listed corporation immediately after the relevant event:

| | Total number of shares | Percentage figure (%) |
|---|---|---|
| Long Position | 2,688,500,950 | 31.57 |

17. Capacity in which interests disclosed in Box 16 are held (required for Initial Notification only):

| Code describing capacity | Number of shares | |
|---|---|---|
| 201 | Long position | 216,255,642 |
| | Short position | 0 |
| 205 | Long position | 2,472,136,508 |

|  | Short position | 0 |
|---|---|---|
| 204 | Long position | 108,800 |
|  | Short position | 0 |

18. Further information in respect of derivative interests in listed corporation:

| Code describing derivatives | Exercise period | | Consideration - if derivatives granted by listed corporation | | | Number of shares |
|---|---|---|---|---|---|---|
|  | Begins | Ends | Price for grant | Exercise price | Price on assignment |  |
| Nil | | | | | | |

19. Further information in relation to interests of children under 18 and/or spouse:

| Name of child/spouse | Number of shares | |
|---|---|---|
| Chou Siu Mei, Sylvia | Long position | 108,800 |
|  | Short position | 0 |

20. Further information in relation to interests of corporations controlled by Director:

| Name of controlled corporation | Address and place of incorporation | Name of controlling shareholder | % control | Direct interest | Number of shares | |
|---|---|---|---|---|---|---|
| King Lun Holdings Limited | P.O. Box 957, Offshore Incorporations Centre, Road Town, Tortola, British Virgin Islands (British Virgin Islands) | Fung Kwok Lun, William | 50.00 | N | Long position<br>Short position | 2,395,727,908<br>0 |
| Fung Holdings (1937) Limited | 11/F., LiFung Tower, 888 Cheung Sha Wan Road, Kowloon, Hong Kong (Hong Kong) | King Lun Holdings Limited | 100.00 | Y | Long position<br>Short position | 2,195,727,908<br>0 |
| Fung Holdings (1937) Limited | 11/F., LiFung Tower, 888 Cheung Sha Wan Road, Kowloon, Hong Kong (Hong Kong) | King Lun Holdings Limited | 100.00 | N | Long position<br>Short position | 200,000,000<br>0 |
| Fung Distribution International Limited | P.O. Box 957, Offshore Incorporations Centre, Road Town, Tortola, British Virgin Islands (British Virgin Islands) | Fung Holdings (1937) Limited | 100.00 | Y | Long position<br>Short position | 200,000,000<br>0 |
| Golden Step Limited | 80 Broad Street, Monrovia, Liberia (Liberia) | Fung Kwok Lun, William | 100.00 | Y | Long position<br>Short position | 26,114,400<br>0 |
| Step Dragon Enterprise Limited | Portcullis TrustNet Chambers, P.O. Box 3444, Road Town, Tortola, British Virgin Islands (British Virgin Islands) | Fung Kwok Lun, William | 100.00 | Y | Long position<br>Short position | 50,294,200<br>0 |

21. Further information in relation to interests held by Director jointly with another person:

| Name of joint shareholder | Address | Number of shares |
|---|---|---|
| Nil | | |

22. Further information from a director who is a trustee, or beneficiary of a trust, or a person who has set up a Discretionary Trust:

| Names of Trust | Address | Status code | Number of shares |
|---|---|---|---|
| Nil | | | |

23. Further information from a party to an agreement under Section 317:

| Names of other parties | Address | Number of shares |
|---|---|---|
| Nil | | |

Total number of shares in which substantial shareholder is interested under section 317 and 318:

24. Date of filing this Form 3A: 16/01/2017 (dd/mm/yyyy)

26. Number of attachments: 0

Back