Gordon Z. Novod
Thomas Walsh
GRANT & EISENHOFER P.A.
485 Lexington Avenue, 29th Floor
New York, New York 10017
Tel: 646-722-8523
Fax: 646-722-8501
Email: gnovod@gelaw.com
        twalsh@gelaw.com

*Special Counsel for Plaintiff, Peter Hurwitz,*
*as Litigation Trustee of the GBG USA Litigation Trust*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br>GBG USA Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br>Case No. 21-11369 (MEW)<br>Jointly Administered |
| PETER HURWITZ, AS LITIGATION TRUSTEE OF THE GBG USA LITIGATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD NIXON DARLING, MARK JOSEPH CALDWELL, RONALD VENTRICELLI, ROBERT K. SMITS, STEPHEN HARRY LONG, BRANDON CARREY, FUNG HOLDINGS (1937) LIMITED, FUNG DISTRIBUTION INTERNATIONAL LIMITED, STEP DRAGON ENTERPRISE LTD., GOLDEN STEP LIMITED, WILLIAM FUNG KWON LUN, KING LUN HOLDINGS LIMITED, FIRST ISLAND DEVELOPMENTS LIMITED, VICTOR FUNG KWOK KING, SPENCER THEODORE FUNG, HSBC TRUSTEE (C.I.) LIMITED, BRUCE PHILIP ROCKOWITZ, AND HURRICANE MILLENNIUM HOLDINGS LIMITED,<br><br>Defendants. | Adversary Proceeding<br>Adv. Proc. Case No. 23- 01022 (MEW)<br><br>**Re: Adv. D.I. 4 & 7** |

## <u>CERTIFICATE OF SERVICE</u>

---

[1]    The "<u>Debtors</u>" in these chapter 11 cases and the last four digits of each Debtor's federal taxpayer identification number are as follows: GBG USA Inc. (2467), Jimlar Corporation (8380), GBG North America Holdings Co., Inc. (5576), Homestead International Group Ltd. (0549), IDS USA Inc. (7194), MESH LLC (8424), Frye Retail, LLC (1352), Krasnow Enterprises, Inc. (0122), Krasnow Enterprises Ltd. (0001), Pacific Alliance USA, Inc. (0435), GBG Spyder USA LLC (9108), and GBG Sean John LLC (1287). The Debtors' mailing address was GBG USA Inc., P.O. Box 4965, Greensboro, NC 27404.

I, Gordon Z. Novod, hereby certify that, on August 14, 2023, I caused a true and correct copy of the *Foreign Summons and Notice of Pretrial Conference in an Adversary Proceeding* [Adv. D.I. 4] and the *Unredacted Complaint* [Adv. D.I. 7] to be served upon the following attorneys, as agents for Defendant Golden Step Limited, a company registered under the laws of Liberia, in the manner indicated:

<u>*Via electronic mail:*</u>

Madlyn Primoff
Timothy Harkness
Henry Hutten
**Freshfields Bruckhaus Deringer LLP**
601 Lexington Ave
New York, NY 10022
Madlyn.PRIMOFF@freshfields.com
timothy.harkness@freshfields.com
Henry.HUTTEN@freshfields.com

*/s/ Gordon Z. Novod*
Gordon Z. Novod