**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Hearing Date: Sept. 10, 2024, 10:00 AM**
**Objection Deadline: July 24, 2024**
**Reply Deadline: August 23, 2024**

| | |
|---|---|
| In re<br><br>GBG USA Inc., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 21-11369 (MEW)<br><br>Jointly Administered |
| PETER HURWITZ, AS LITIGATION TRUSTEE OF THE GBG USA LITIGATION TRUST,<br><br>Plaintiff,<br>v.<br><br>FUNG HOLDINGS (1937) LIMITED, FUNG DISTRIBUTION INTERNATIONAL LIMITED, STEP DRAGON ENTERPRISE LIMITED, GOLDEN STEP LIMITED, WILLIAM FUNG KWOK LUN, KING LUN HOLDINGS LIMITED, FIRST ISLAND DEVELOPMENTS LIMITED, VICTOR FUNG KWOK KING, SPENCER THEODORE FUNG, HSBC TRUSTEE (C.I.) LIMITED, SOLELY IN ITS CAPACITY AS TRUSTEE OF "THE VICTOR TRUST," BRUCE PHILIP ROCKOWITZ, AND HURRICANE MILLENNIUM HOLDINGS LIMITED,<br><br>Defendants. | Adv. Pro. No. 23-01022 (MEW) |

**NOTICE OF DEFENDANTS' MOTION TO DISMISS**
**THE AMENDED COMPLAINT**

[1] The debtors in these chapter 11 cases and the last four digits of each Debtor's federal taxpayer identification number are as follows: GBG USA Inc. (2467), Jimlar Corporation (8380), GBG North America Holdings Co., Inc. (5576), Homestead International Group Ltd. (0549), IDS USA Inc. (7194), MESH LLC (8424), Frye Retail, LLC (1352), Krasnow Enterprises, Inc. (0122), Krasnow Enterprises Ltd. (0001), Pacific Alliance USA, Inc. (0435), GBG Spyder USA LLC (9108), and GBG Sean John LLC (1287). The Debtors' mailing address was GBG USA Inc., P.O. Box 4965, Greensboro, NC 27404.

PLEASE TAKE NOTICE that defendants Fung Holdings (1937) Limited, Fung Distribution International Limited, Step Dragon Enterprise Limited, Golden Step Limited, William Fung Kwok Lun, King Lun Holdings Limited, First Island Developments Limited, Victor Fung Kwok King, Spencer Theodore Fung, HSBC Trustee (C.I.) Limited, solely in its capacity as trustee of "The Victor Trust," Bruce Philip Rockowitz, and Hurricane Millennium Holdings Limited (together, the "**Defendants**") will and hereby do move this Court on September 10, 2024 at 10:00 AM, before the Honorable Michael E. Wiles, Courtroom 617, One Bowling Green, New York, New York 10004 for an order pursuant to Fed. R. Civ. P. 12(b)(2)&(6), made applicable by Fed. R. Bankr. P. 7012(b), dismissing with prejudice all claims asserted against any Defendant in the First Amended Complaint (Adv. Pro. Dkt. No. 55) filed in the above-captioned adversary proceeding (the "**Adversary Proceeding**"), for the reasons described in the accompanying Memorandum of Law.[2]

PLEASE TAKE FURTHER NOTICE that any opposition to the Defendants' motion must be filed with the Court no later than **July 24, 2024**, *see* Adv. Pro. Dkt. No. 21 at 2.

PLEASE TAKE FURTHER NOTICE that any reply in further support of the motion must be filed with the Court no later than **August 23, 2024**. *See id.*

WHEREFORE, for the reasons stated in the accompanying Memorandum of Law, the Defendants respectfully request that the Court dismiss with prejudice all claims asserted against any Defendant in the First Amended Complaint (Adv. Pro. Dkt. No. 55) and grant such other and further relief as is just and proper.

[*Remainder of Page Intentionally Left Blank*]

[2] References to an "Adv. Pro. Dkt. No." are to the ECF docket numbers in the Adversary Proceeding.

Dated: New York, New York
June 24, 2024

Respectfully submitted,

**FRESHFIELDS BRUCKHAUS DERINGER US LLP**

By: */s/ Timothy P. Harkness*
Timothy P. Harkness
Madlyn Gleich Primoff
Henry V. Hutten

3 World Trade Center
175 Greenwich Street, 51st Floor
New York, New York 10007
Telephone: (212) 277-4000
Facsimile: (212) 277-4001
timothy.harkness@freshfields.com
madlyn.primoff@freshfields.com
henry.hutten@freshfields.com

*Attorneys for Defendants Fung Holdings (1937) Limited, Fung Distribution International Limited, Step Dragon Enterprise Limited, Golden Step Limited, William Fung, King Lun Holdings Limited, First Island Developments Limited, Victor Fung, Spencer Theodore Fung, Bruce Philipp Rockowitz and Hurricane Millennium Holdings Limited*

**MAYER BROWN LLP**

By: */s/ Mark G. Hanchet*
Mark G. Hanchet
Robert W. Hamburg

1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 506-2500
Facsimile: (212) 262-1910
mhanchet@mayerbrown.com
rhamburg@mayerbrown.com

*Attorneys for Defendant HSBC Trustee (C.I.) Limited*