**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **GBG USA Inc.,** ***et al.,*** | **Case No. 21-11369 (MEW)** |
| **Debtors.** | **Jointly Administered** |
| **PETER HURWITZ, AS LITIGATION TRUSTEE OF THE GBG USA LITIGATION TRUST,** | |
| **Plaintiff,** | |
| **v.** | **Adv. Pro. No. 23-01022 (MEW)** |
| **FUNG HOLDINGS (1937) LIMITED, FUNG DISTRIBUTION INTERNATIONAL LIMITED, STEP DRAGON ENTERPRISE LIMITED, GOLDEN STEP LIMITED, WILLIAM FUNG KOWK LUN, KING LUN HOLDINGS LIMITED, FIRST ISLAND DEVELOPMENTS LIMITED, VICTOR FUNG KWOK KING, SPENCER THEODOR FUNG, BRUCE PHILIP ROCKOWITZ, HURRICANE MILLENNIUM HOLDINGS LIMITED, and HSBC TRUSTEE (C.I.) LIMITED, SOLELY IN ITS CAPACITY AS TRUSTEE OF THE "VICTOR TRUST,"** | |
| **Defendants.** | |

**ORDER ON DEFENDANTS' MOTION TO DISMISS**

For the reasons set forth in the Decision entered on the docket this same day, it is hereby

**ORDERED**, that all claims asserted in the Amended Complaint against Defendants Spencer Theodor Fung and Hurricane Millennium Holdings Limited are dismissed on the ground that the Amended Complaint does not make out a *prima facie* case that this Court has personal jurisdiction over those parties; and it is further

**ORDERED**, that the dismissal as to Spencer Theodor Fung and Hurricane Millennium Holdings Limited is without prejudice, and Plaintiff has permission to re-plead, with any such amended pleading to be filed on or before January 17, 2025; and it is further

**ORDERED**, that in all other respects the motion to dismiss the Amended Complaint is denied.

Dated: New York, New York
December 16, 2024

/s/ **Michael E. Wiles**
Honorable Michael E. Wiles
United States Bankruptcy Judge