**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br>GBG USA Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br>Case No. 21-11369 (MEW)<br>Jointly Administered |
| PETER HURWITZ, AS LITIGATION TRUSTEE OF THE GBG USA LITIGATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>FUNG HOLDINGS (1937) LIMITED, FUNG DISTRIBUTION INTERNATIONAL LIMITED, STEP DRAGON ENTERPRISE LTD., GOLDEN STEP LIMITED, WILLIAM FUNG KWOK LUN, KING LUN HOLDINGS LIMITED, FIRST ISLAND DEVELOPMENTS LIMITED, VICTOR FUNG KWOK KING, SPENCER THEODORE FUNG, BRUCE PHILIPP ROCKOWITZ, AND HURRICANE MILLENNIUM HOLDINGS LIMITED,<br><br>Defendants. | Adversary Proceeding<br>Adv. Proc. Case No. 23-01022 (MEW) |

**STIPULATION AND ORDER ESTABLISHING BRIEFING SCHEDULE**

---

[1] The "**Debtors**" in these chapter 11 cases and the last four digits of each Debtor's federal taxpayer identification number are as follows: GBG USA Inc. (2467), Jimlar Corporation (8380), GBG North America Holdings Co., Inc. (5576), Homestead International Group Ltd. (0549), IDS USA Inc. (7194), MESH LLC (8424), Frye Retail, LLC (1352), Krasnow Enterprises, Inc. (0122), Krasnow Enterprises Ltd. (0001), Pacific Alliance USA, Inc. (0435), GBG Spyder USA LLC (9108), and GBG Sean John LLC (1287). The Debtors' mailing address was GBG USA Inc., P.O. Box 4965, Greensboro, NC 27404.

WHEREAS, on December 16, 2024, the Court entered an order (the "**December 16 Order**," Adv. Pro. Dkt. No. 80) granting in part and denying in part the motion to dismiss (Adv. Pro. Dkt. No. 56) filed by the defendants (the "**Defendants**") listed in the above-captioned adversary proceeding (the "**Adversary Proceeding**");

WHEREAS, in the December 16 Order, the Court dismissed all claims in the First Amended Complaint (Adv. Pro. Dkt. No. 55) against Defendants Spencer Theodore Fung and Hurricane Millennium Holdings Limited, but did so without prejudice and gave Peter Hurwitz, as Litigation Trustee of the GBG USA Litigation Trust (the "**Plaintiff**") permission to re-plead, with any amended pleading to be filed on or before January 17, 2025; and

WHEREAS, the Plaintiff and Defendants (the "**Parties**") have conferred and agreed to proceed as follows to account for any amended pleading that the Plaintiff may file.

NOW THEREFORE, the Parties, through their respective undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, that:

1. The Plaintiff will inform the Defendants by January 3, 2025 whether Plaintiff will file a Second Amended Complaint.

2. If the Plaintiff informs the Defendants by January 3, 2025 that he will not file a Second Amended Complaint, then:

    a. the Defendants' answer to the First Amended Complaint shall be filed on or before February 10, 2025; and

    b. the initial pretrial conference in this Adversary Proceeding is rescheduled to a date to be determined, which date shall be February 19, 20 or 21, 2025, or as otherwise scheduled by the Court based on the Court's availability.

3. If the Plaintiff informs the Defendants by January 3, 2025 that he will file a Second Amended Complaint, then:

    a. the Defendants' answer to or motion to dismiss the Second Amended Complaint shall be filed on or before February 17, 2025;

    b. Plaintiff's brief in opposition to any motion to dismiss the Second Amended Complaint shall be filed on or before March 19, 2025;

c. the Defendants' reply brief in further support of any motion to dismiss the Second Amended Complaint shall be filed on or before April 8, 2025; and

d. the initial pretrial conference in this Adversary Proceeding is rescheduled to a date to be determined, which date shall be approximately thirty calendar days after the earlier of (i) the decision on any motion to dismiss the Second Amended Complaint, or (ii) the filing of the Defendants' answer to the Second Amended Complaint.

4. Except as specifically set forth herein, all rights, claims, and defenses of the Parties, including but not limited to personal jurisdiction, are fully preserved.

Respectfully submitted,

Dated: December 19, 2024
New York, New York

| GRANT & EISENHOFER P.A. | FRESHFIELDS US LLP |
|---|---|
| By: /s/ *Gordon Z. Novod*<br>Gordon Z. Novod<br>Thomas Walsh<br>485 Lexington Avenue, 29th Floor<br>New York, New York 10017<br>Tel: 646-722-8523<br>Fax: 646-722-8501<br>Email: gnovod@gelaw.com<br>    twalsh@gelaw.com<br><br>Frank. H Griffin (admitted *pro had vice*)<br>123 Justison Street<br>Wilmington, Delaware 19801<br>Tel: 302-622-7000<br>Email: fgriffin@gelaw.com<br><br>*Special Counsel for Peter Hurwitz, as Trustee of the GBG USA Litigation Trust* | By: /s/ *Henry V. Hutten*<br>Madlyn Gleich Primoff<br>Timothy P. Harkness<br>Henry V. Hutten<br>3 World Trade Center<br>175 Greenwich Street, 51st Floor<br>New York, NY 10007<br>Tel: 212-277-4000<br>Email: madlyn.primoff@freshfields.com<br>    timothy.harkness@freshfields.com<br>    henry.hutten@freshfields.com<br><br>*Counsel for Fung Holdings (1937) Limited, Fung Distribution International Limited, Step Dragon Enterprise Ltd., Golden Step Limited, William Fung Kwok Lun, King Lun Holdings Limited, First Island Developments Limited, Victor Fung Kwok King, Spencer Theodore Fung, Bruce Philip Rockowitz, and Hurricane Millennium Holdings Limited* |

**SO ORDERED**

Dated: New York, New York
December 20, 2024

/s/ **Michael E. Wiles**
THE HONORABLE MICHAEL E. WILES
UNITED STATES BANKRUPTCY JUDGE

3