**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br>GBG USA Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br>Case No. 21-11369 (MEW)<br>Jointly Administered |
| PETER HURWITZ, AS LITIGATION TRUSTEE OF THE GBG USA LITIGATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>FUNG HOLDINGS (1937) LIMITED, FUNG DISTRIBUTION INTERNATIONAL LIMITED, STEP DRAGON ENTERPRISE LIMITED, GOLDEN STEP LIMITED, WILLIAM FUNG KWOK LUN, KING LUN HOLDINGS LIMITED, FIRST ISLAND DEVELOPMENTS LIMITED, VICTOR FUNG KWOK KING, AND BRUCE PHILIP ROCKOWITZ,<br><br>Defendants. | Adversary Proceeding<br>Adv. Proc. Case No. 23-01022 (MEW) |

**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR NON-PARTY DOCUMENT DISCOVERY**

This Stipulation And [Proposed] Order Extending Deadline For Non-Party Document Discovery ("Stipulation") is entered into by (a) Peter Hurwitz as Litigation Trustee of the GBG USA Litigation Trust (the "Trustee"), and (b) Fung Holdings (1937) Limited, Fung Distribution

---

[1] The "**Debtors**" in these chapter 11 cases and the last four digits of each Debtor's federal taxpayer identification number are as follows: GBG USA Inc. (2467), Jimlar Corporation (8380), GBG North America Holdings Co., Inc. (5576), Homestead International Group Ltd. (0549), IDS USA Inc. (7194), MESH LLC (8424), Frye Retail, LLC (1352), Krasnow Enterprises, Inc. (0122), Krasnow Enterprises Ltd. (0001), Pacific Alliance USA, Inc. (0435), GBG Spyder USA LLC (9108), and GBG Sean John LLC (1287). The Debtors' mailing address was GBG USA Inc., P.O. Box 4965, Greensboro, NC 27404.

International Limited, Step Dragon Enterprise Limited, Golden Step Limited, William Fung Kwok Lun, King Lun Holdings Limited, First Island Developments Limited, Victor Fung Kwok King, and Bruce Philip Rockowitz ("Defendants", and together with the Trustee, the "Parties").

WHEREAS, on February 27, 2025, the Court entered a scheduling order ("Scheduling Order"), establishing the case management schedule;

WHEREAS, the Scheduling Order provides that Parties shall serve any non-party document discovery no later than September 15, 2025;

WHEREAS, the Parties have begun non-party document discovery, including serving subpoenas on domestic third parties;

WHEREAS, the Parties must obtain document discovery located in Hong Kong and the United Kingdom, which requires service through Chapter I of the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters (the "Hague Evidence Convention") and coordination with international procedures; and to comply, the Parties must file a motion requesting this Court issue letters of request for document discovery;

WHEREAS, the Parties met and conferred regarding the timing of these discovery efforts and have agreed to a one-month extension to serve non-party domestic document subpoenas and to file a motion requesting this Court issue letters of request for document discovery pursuant to the Hague Evidence Convention;

WHEREAS, the Parties do not anticipate that this extension or the filing the motion for letters of request will affect other case deadlines in the Scheduling Order;

WHEREAS, the relief requested herein is being sought in the interest of judicial efficiency and economy and without any improper purpose of delay;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties, subject to approval of the Court, that:

1. The deadline to serve non-party domestic document subpoenas is extended to October 15, 2025.

2. The Parties shall file motion(s) requesting that the Court issue letters of request for document discovery pursuant to the Hague Evidence Convention by October 15, 2025.

3. All other deadlines set forth in the Court's Scheduling Order shall remain unchanged.

Dated: September 12, 2025

New York, NY

**HERBERT SMITH FREEHILS KRAMER (US) LLP**

By: /s/ *Ariel N. Lavinbuk*
Ariel N. Lavinbuk
Ralph C. Mayrell (admitted *pro hac vice*)
Chloe Bootstaylor
2000 K St. NW 4th Floor
Washington, D.C. 20006
Tel: (202) 775-4500
Ariel.Lavinbuk@hsfkramer.com
Ralph.Mayrell@hsfkramer.com
Chloe.Bootstaylor@hsfkramer.com

and

Robert T. Schmidt
1177 Avenue of the Americas
New York, NY 10036
Tel: (212) 715-9527
Robert.Schmidt@hsfkramer.com

*Attorneys for Defendants Fung Holdings (1937) Limited, Fung Distribution International Limited, Step Dragon Enterprise Limited, Golden Step Limited, William Fung, King Lun Holdings Limited, First Island Developments Limited, Victor Fung*

**PACHULSKI STANG ZIEHL & JONES LLP**

By: /s/ *John A. Morris*
John A. Morris
1700 Broadway, 36th Floor
New York, NY 10016
Tel: (212) 561-7700
jmorris@kszjlaw.com

*Attorney for Bruce Philip Rockowitz*

**GRANT & EISENHOFER P.A.**

By: /s/ *Gordon Z. Novod*
Gordon Z. Novod
Thomas Walsh
485 Lexington Avenue, 29th Floor
New York, New York 10017
Tel: 646-722-8500
Fax: 646-722-8501
Email: gnovod@gelaw.com
         twalsh@gelaw.com

and

Frank H. Griffin (admitted *pro hac vice*)
123 Justison Street
Wilmington, Delaware 19801
Tel: 302-622-7047
Email: fgriffin@gelaw.com

*Special Counsel for Plaintiff, Peter Hurwitz, as Trustee of the GBG USA Litigation Trust*

**SO ORDERED**.

Dated: _____                              _____
New York, New York                               THE HONORABLE MICHAEL E. WILES
                                                 UNITED STATES BANKRUPTCY JUDGE