**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>GBG USA Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br>Case No. 21-11369 (MEW)<br>Jointly Administered |
| PETER HURWITZ, AS LITIGATION TRUSTEE OF THE GBG USA LITIGATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>FUNG HOLDINGS (1937) LIMITED, FUNG DISTRIBUTION INTERNATIONAL LIMITED, STEP DRAGON ENTERPRISE LIMITED, GOLDEN STEP LIMITED, WILLIAM FUNG KWOK LUN, KING LUN HOLDINGS LIMITED, FIRST ISLAND DEVELOPMENTS LIMITED, VICTOR FUNG KWOK KING, AND BRUCE PHILIP ROCKOWITZ,<br><br>Defendants. | Adversary Proceeding<br>Adv. Proc. Case No. 23-01022 (MEW) |

**STIPULATION AND ORDER**
**AMENDING CASE MANAGEMENT SCHEDULE**

**WHEREAS**, on February 27, 2025, the Court entered a Case Management Schedule [Dkt. 89], which ordered that fact discovery be complete by May 15, 2026, and that expert discovery (including expert depositions) be complete by September 1, 2026;

---

[1] The "**Debtors**" in these chapter 11 cases and the last four digits of each Debtor's federal taxpayer identification number are as follows: GBG USA Inc. (2467), Jimlar Corporation (8380), GBG North America Holdings Co., Inc. (5576), Homestead International Group Ltd. (0549), IDS USA Inc. (7194), MESH LLC (8424), Frye Retail, LLC (1352), Krasnow Enterprises, Inc. (0122), Krasnow Enterprises Ltd. (0001), Pacific Alliance USA, Inc. (0435), GBG Spyder USA LLC (9108), and GBG Sean John LLC (1287). The Debtors' mailing address was GBG USA Inc., P.O. Box 4965, Greensboro, NC 27404.

**WHEREAS**, the Parties completed fact discovery—including the production of over 100,000 documents, including from several third parties, and the completion of twelve depositions of fact witnesses, including seven depositions of witnesses outside of the United States—by May 15, 2026;

**WHEREAS**, the Parties collectively timely exchanged four expert reports and are scheduled to timely exchange rebuttal expert as well;

**WHEREAS**, the Parties have been unable to agree on mutually convenient dates for the depositions of their four experts before the current September 1, 2026 deadline due to scheduling conflicts affecting counsel and the experts, including family vacations, other professional obligations, and religious holidays;

**WHEREAS**, the Parties have identified and agreed upon dates in September that would ensure that all four expert depositions would conclude by no later than October 1, 2026;

**NOW THEREFORE**, the Parties, through their respective undersigned counsel, hereby stipulate and agree, subject to approval of the Court, that:

1. Paragraph 3(c) of the Case Management Schedule is amended to read that: "The Parties shall complete expert depositions no later than **October 1, 2026**."
2. No other part of the Case Management Schedule is modified.

Dated: July 14, 2026

New York, NY

**HERBERT SMITH FREEHILS**
**KRAMER (US) LLP**

By: /s/ *Ariel N. Lavinbuk*
Ariel N. Lavinbuk
Ralph C. Mayrell (admitted *pro hac vice*)
2000 K St. NW 4th Floor
Washington, D.C. 20006
Tel: (202) 775-4500
Ariel.Lavinbuk@hsfkramer.com
Ralph.Mayrell@hsfkramer.com

and

Robert T. Schmidt
1177 Avenue of the Americas
New York, NY 10036
Tel: (212) 715-9527
Robert.Schmidt@hsfkramer.com

*Attorneys for Defendants Fung Holdings (1937) Limited, Fung Distribution International Limited, Step Dragon Enterprise Limited, Golden Step Limited, William Fung, King Lun Holdings Limited, First Island Developments Limited, Victor Fung*

**PACHULSKI STANG ZIEHL & JONES LLP**

By: /s/ *John A. Morris*
John A. Morris
1700 Broadway, 36th Floor
New York, NY 10016
Tel: (212) 561-7700
jmorris@kszjlaw.com

*Attorney for Bruce Philip Rockowitz*

**BOIES SCHILLER FLEXNER LLP**

By: /s/ *Gordon Z. Novod*
Gordon Z. Novod
55 Hudson Yards
New York, NY 10001
Tel: (212) 446-2352
gnovod@bsfllp.com

and

Frank H. Griffin
1401 New York Ave., NW
Washington, DC 20005
Tel: (212) 446-2347
fgriffin@bsfllp.com

*Special Counsel for Plaintiff, Peter Hurwitz, as Trustee of the GBG USA Litigation Trust*

**SO ORDERED**

Dated: July 15, 2026
New York, New York

**s/Michael E. Wiles**
THE HONORABLE MICHAEL E. WILES
UNITED STATES BANKRUPTCY JUDGE